## LIBERTY MUTUAL INSURANCE COMPANY *v.*
## PHILLIPPE RACINE ET AL.
## (AC 20419)

Lavery, C. J., and Landau and Freedman, Js.

Argued January 16—officially released February 6, 2001

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* ANTHONY
## MONTEFUSCO
## (AC 19584)

Lavery, C. J., and Landau and Freedman, Js.

Argued January 16—officially released February 6, 2001

Per Curiam. The judgment is affirmed.

## LOREN CASERTANO ET AL. *v.* ALDO ADDARIO, JR.
## (AC 19983)

Lavery, C. J., and Mihalakos and Shea, Js.

Argued January 18—officially released February 13, 2001

Per Curiam. The judgment is affirmed.